E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HERBERT BRUCE LEMONT

Plaintiff,

CV  08  NO. 2279

vs.

ROBERT A. HOREL, WARDEN

Defendant.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

JF
(PR)

I, HERBERT B. LEMONT, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes ___   No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____   - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _CAL-SOUTH EQUIPMENT CORP., LONG BEACH, CA._
4  _LAST EMPLOYED: 5/2/1989; SALARY: $1,376/MO._
5  _____

6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

8      a.    Business, Profession or              Yes ___ No _X_
9          self employment
10     b.    Income from stocks, bonds,          Yes ___ No _X_
11         or royalties?
12     c.    Rent payments?                      Yes ___ No _X_
13     d.    Pensions, annuities, or              Yes ___ No _X_
14         life insurance payments?
15     e.    Federal or State welfare payments,    Yes ___ No _X_
16         Social Security or other govern-
17         ment source?

18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____
21 _____

22 3.  Are you married?                               Yes ___ No _X_
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_____ Net $_____
27 4.  a.  List amount you contribute to your spouse's support : $ _____
28     b.  List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____      - 2 -

1   and indicate how much you contribute toward their support. (NOTE: For minor
2   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3   _____
4   _____
5   5.    Do you own or are you buying a home?       Yes ____   No _X_
6   Estimated Market Value: $_____ Amount of Mortgage: $_____
7   6.    Do you own an automobile?                  Yes ____   No _X_
8   Make _____ Year _____ Model _____
9   Is it financed? Yes _____ No _____ If so, Total due: $ _____
10  Monthly Payment: $ _____
11  7.    Do you have a bank account?  Yes ____  No _X_ (Do not include account numbers.)
12  Name(s) and address(es) of bank: _____
13  _____
14  Present balance(s): $ _____
15  Do you own any cash? Yes ____ No _X_ Amount: $ _____
16  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17  market value.)  Yes ____  No _X_
18  _____
19  8.    What are your monthly expenses?
20  Rent: $ _____∅_____   Utilities: _____∅_____
21  Food: $ _____∅_____   Clothing: _____∅_____
22  Charge Accounts:  N/A
23  Name of Account          Monthly Payment              Total Owed on This Acct.
24  _____   $ _____            $ _____
25  _____   $ _____            $ _____
26  _____   $ _____            $ _____
27  9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
28  they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____         - 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4/17/08
DATE                                         SIGNATURE OF APPLICANT

E-filing

CV 08 2279

Case Number: _____

JF

(PR)

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Herbert Bruce Lemont  E49653</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.00</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.00</u>.     (20%= $0.00)

Dated: <u>4/23/08</u>

_____
Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-23-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Kleppin_
TRUST OFFICE

```
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PELICAN BAY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: OCT. 01, 2007 THRU APR. 23, 2008

ACCOUNT NUMBER  : E49653                       BED/CELL NUMBER: CF01L 000000118L
ACCOUNT NAME    : LEMONT, HERBERT BRUCE           ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY

                   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                             CURRENT HOLDS IN EFFECT
   DATE       HOLD
  PLACED      CODE          DESCRIPTION                COMMENT        HOLD AMOUNT
 --------     ----    -------------------------     -----------     -------------
 08/01/2005   H103    DAMAGES-REFUSED TO SIGN HOLD     0383              123.00
 08/09/2005   H104    DAMAGES HOLD                     0515                2.87

                              TRUST ACCOUNT SUMMARY
  BEGINNING       TOTAL         TOTAL         CURRENT        HOLDS        TRANSACTIONS
   BALANCE       DEPOSITS     WITHDRAWALS     BALANCE       BALANCE       TO BE POSTED
 -----------   -----------   -------------   ----------   -----------   --------------
     0.00          0.00          0.00           0.00        125.87           0.00
 -----------   -----------   -------------   ----------   -----------   --------------


                                                                          CURRENT
                                                                         AVAILABLE
                                                                          BALANCE
                                                                        -----------
                                                                          125.87-
                                                                        -----------
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-23-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  J. Kleppin
    TRUST OFFICE