NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERBERT BRUCE LEMONT, | ) | No. C 08-2279 JF (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| | ) | |
| ROBERT A. HOREL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | (Docket No. 2) |

Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 1990 criminal conviction in the Los Angeles Superior Court. Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of sentence).

///

///

1  Accordingly, this case is TRANSFERRED to the United States District Court for
2  the Central District of California.  See 28 U.S.C. §§ 1391(b), 1404(a); Habeas L.R. 2254-
3  3(b)(1).  In view of the transfer, the Court will not rule upon Petitioner's pending motion
4  to proceed in forma pauperis (docket no. 2).  The Clerk shall terminate all pending
5  motions and transfer the entire file to the Central District of California.
6  IT IS SO ORDERED.
7  DATED: 5/8/08

JEREMY FOGEL
United States District Judge

Order of Transfer
P:\pro-se\sj.jf\hc.08\Lemont279trans            2

P:\pro-se\sj.jf\hc.08\Lemont279trans            2