UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

May 21, 2008

**FILED**

2008 MAY 30 P 3 43

RICHARD W. WIEKING .5364
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

General Court Number

US District Court
Central District of California
312 N. Spring Street
Los Angeles, CA 90012

CV08-3447 SGL (PJW)

RE: CV 08-02279 JF   HERBERT BRUCE LEMONT-v-ROBERT A. HOREL

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    X    Certified copy of docket entries.

    X    Certified copy of Transferral Order.

    X    Original case file documents.

    X    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Sandy Morris
Case Systems Administrator

Enclosures
Copies to counsel of record

May 21, 2008

> **These instructions are for internal court use only.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.